UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STEPHANIA ROBINSON,

     Plaintiff,

v.

     No. 5:23-CV-142-H

UNITED STATES,

     Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the Court deny the plaintiff's Rule 56(d) motion, grant the defendant's motion for summary judgment, and dismiss the plaintiff's claims against the defendant with prejudice.  Dkt. No. 83.  No objections were filed, and the plaintiff has taken no action in this case since January 16, 2026.  *See* Dkt. No. 77.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020).  The District Court has reviewed the FCR for plain error.  Finding none, the Court accepts and adopts the FCR.  The plaintiff's Rule 56(d) motion (Dkt. No. 77) is denied, the defendant's motion for summary judgment (Dkt. No. 75) is granted, and the plaintiff's claims against the defendant are dismissed with prejudice.  Furthermore, in line with the Magistrate Judge's recommendation (*see* Dkt. No. 83 at 14–15), the defendant is directed to file a bill of costs in accordance with Local Civil Rule 54.1 for consideration by the Court.

– 2 –

So ordered on May 29, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE